UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED

AUG 1 3 2010

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                          Deputy Clerk

| In Re:<br>Irineo T Flores & Angela D Flores<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 1:10-bk-17981-MT<br>Operating Report Number:<br>For the Month Ending: July 31, 2010 |
|---|---|

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT/DIP ACCOUNTS*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                         0.00

4.  RECEIPTS DURING CURRENT PERIOD:                            42,769.52

5.  BALANCE:                                                   42,769.52

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD            13,584.45

7.  ENDING BALANCE:                                            29,185.07

8.  General Account Number(s):     902886837/902886803/902886829
                                   902886811

    Depository Name & Location:     Chase Bank
                                    7108 Sepulveda Blvd, Van Nuys, Ca. 91405

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | DIP xxxx6837 General Account | DIP xxxx6811 General Account | DIP xxxx6829 Cash Collateral | DIP xxxx6803 Cash Collateral | Payee | Purpose | Amount |
|---|---|---|---|---|---|---|---|
| 7/13/2010 | | Debit | | | Chase | Check Book | 18.95 |
| 7/30/2010 | chk # 109 | | | | Irineo T Flores | Reimbursement | 232.69 |
| 7/27/2010 | chk # 104 | | | | NY Life | Life Insurance | 250.00 |
| 7/20/2010 | chk # 101 | | | | John Bauer | Attorney's Fees | 6,150.00 |
| 7/19/2010 | chk # 102 | | | | Macys | Uniform | 116.78 |
| 7/13/2010 | Debit | | | | Chase | Check Book | 18.95 |
| 7/7/2010 | chk # 9991 | | | | Irineo T Flores | Petty Cash | 1,000.00 |
| 7/6/2010 | Withdrawal | | | | Bill Martin | Appriser Fees | 3,008.00 |
| 7/27/2010 | | | Debit | | Chase | Check Book | 23.95 |
| 7/28/2010 | | | | chk # 102 | LADWP | Water & Power | 331.78 |
| 7/21/2010 | | | | Debit | Arrowhead AGIA | Property Insurance | 1,103.16 |
| 7/20/2010 | | | | chk # 9994 | Mercury Casualty | Earthquake Insurance | 517.20 |
| 7/19/2010 | | | | chk # 101 | The Home Depot | Repairs | 65.86 |
| 7/19/2010 | | | | chk # 9996 | Time Warner | Cable | 371.97 |
| 7/16/2010 | | | | chk # 9992 | Irineo T Flores | Reimbursement | 232.69 |
| 7/15/2010 | | | | chk # 9993 | The Gas Company | Utilities | 37.62 |
| 7/14/2010 | | | | chk # 9991 | ADT Security | Alarm | 39.57 |
| 7/13/2010 | | | | Debit | Chase | Check Book | 18.95 |
| 7/12/2010 | | | | chk # 9990 | At & T | Telephone | 46.33 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 13,584.45 |

## BANK RECONCILIATION

GENERAL ACCOUNT

| Bank statement Date: | 7/31/2010 | Balance on Statement: | |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 7/26/2010 | 2,500.00 |
| 7/16/2010 | 2,500.00 |
| 7/12/2010 | 2,500.00 |
| 7/6/2010 | 100.00 |
| 7/30/2010 | 2,675.19 |
| 7/30/2010 | 2,032.93 |
| 7/26/2010 | 2,533.76 |
| 7/16/2010 | 2,684.78 |
| 7/16/2010 | 5,276.06 |
| 7/15/2010 | 2,032.93 |
| 7/13/2010 | 4,968.25 |
| 7/6/2010 | 2,032.93 |
| 7/6/2010 | 5,000.00 |
| 7/13/2010 | 2,500.00 |
| 7/6/2010 | 100.00 |
| 7/30/2010 | 232.69 |
| 7/9/2010 | 1,500.00 |
| 7/7/2010 | 1,500.00 |
| 7/6/2010 | 100.00 |

**TOTAL DEPOSITS IN TRANSIT** — 42,769.52

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

**TOTAL OUTSTANDING CHECKS:** 0.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** $42,769.52

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

### V. INSURANCE COVERAGE

| | Name of Carrier | | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|---|
| General Liability | For 14243 Haynes | | | | |
| | Geovera Insurance | | | | |
| | Single Limit-Earthquake Insurance | | $ 672,000.00 | 6/13/2011 | $ 1,236.04 |
| | Single Limit-Fire Insurance | | $ 758,000.00 | 6/13/2011 | $ 1,393.04 |
| | For 19013 Keswick | | | | |
| | Mercury Casualty Insurance | | | | |
| | Fire Insurance | | | | |
| | Dwelling | | $ 874,000.00 | 7/20/2011 | |
| | Other Structures | | $ 174,800.00 | 7/20/2011 | |
| | Unscheduled Personal Property | | $ 655,500.00 | 7/20/2011 | |
| | Loss of Use | | $ 437,500.00 | 7/20/2011 | $ 1,268.00 |
| | Personal Liability-each occurrence | | $ 300,000.00 | 7/20/2011 | |
| | Med Pay Each Person | | $ 1,000.00 | 7/20/2011 | |
| | Med Pay Each Occurrence | | $ 25,000.00 | 7/20/2011 | |
| | Axis Reinsurance Company | | | | |
| | Earthquake Insurance | | | | |
| | Dwelling | | $ 1,002,792.00 | 7/20/2011 | |
| | Appurtenant Structures | | $ 100,279.00 | 7/20/2011 | |
| | Personal Property | | $ 501,396.00 | 7/20/2011 | |
| | Loss of Use | | $ 25,000.00 | 7/20/2011 | $ 3,284.00 |
| | Limited Building Code Upgrade | | $ 10,000.00 | 7/20/2011 | |
| | Loss Assessments | | $ 10,000.00 | 7/20/2011 | |
| | For 14747-14751 Keswick | | | | |
| | Farmers Insurance | | | | |
| | Property Insurance | | | | |
| | Building | | $ 1,348,300.00 | 11/11/2010 | |
| | Business Personal Property | | $ 674,200.00 | 11/11/2010 | |
| | Building Ordinance and Law | | | 11/11/2010 | |
| | | Cov A | Covered | 11/11/2010 | $ 23,424.00 |
| | | Cov B | $ 39,300.00 | 11/11/2010 | |
| | | Cov C | $ 135,200.00 | 11/11/2010 | |
| | Outdoor Trees, Shrubs , Plants | | $ 2,500.00 | 11/11/2010 | |
| Worker's Comper | N/A | | N/A | N/A | N/A |
| Casualty | N/A | | N/A | N/A | N/A |
| Vehicle | Mercury Insurance Company | | | | |
| | Bodily Injury Liability | | $ 100,000.00 | 12/13/2010 | |
| | Each Person | | $ 300,000.00 | 12/13/2010 | $ 2,840.50 |
| | Property Damage Liability | | $ 100,000.00 | 12/13/2010 | |
| Others: | WRL-Life Insurance | | | | |
| | Irineo T Flores-Equity Index UL | | $ 1,200,000.00 | Permanent | |
| | Irineo T Flores-Term | | $ 1,000,000.00 | 1/1/2030 | |
| | Angela D Flores-Equity Index UL | | $ 1,010,000.00 | Permanent | |
| | New York Life | | | | |
| | Irineo T Flores-Universal Life | | $ 300,000.00 | Permanent | |
| | Angela D Flores-Universal Life | | $ 150,000.00 | Permanent | |

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 1,000.00 |
| Payroll Account: | |
| Tax Account: | |
| :her Accounts: | |
| | |
| Other Monies: | |
| **Petty Cash (from below): | 1,034.07 |

TOTAL CASH AVAILABLE:    (34.07)

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| 7/1/2010 | Jons-Groceries | 13.60 |
| 7/1/2010 | Jons-Groceries | 10.39 |
| 7/2/2010 | Vallarta-Groceries | 2.84 |
| 7/2/2010 | Vons-Donation | 3.00 |
| 7/3/2010 | Mobil-Gas | 20.00 |
| 7/4/2010 | Vons-Snacks | 1.83 |
| 7/4/2010 | Vons-Snacks | 5.90 |
| 7/4/2010 | Albertsons-Groceries | 26.36 |
| 7/4/2010 | Shamshiri - Meal | 10.37 |
| 7/4/2010 | Jack in the box-Meal | 6.72 |
| 7/4/2010 | Food4Less-Groceries | 14.51 |
| 7/5/2010 | 99 Cents-Groceries | 7.19 |
| 7/4/2010 | Home Depot-Repairs | 112.98 |
| 7/5/2010 | Smart & Final-Groceries | 20.96 |
| 7/5/2010 | Jons-Groceries | 3.53 |
| 7/7/2010 | Food4Less-Groceries | 12.31 |
| 7/5/2010 | Arco-Gas | 30.00 |
| 7/9/2010 | Snacks | 4.07 |
| 7/5/2010 | Island Pacific-Groceries | 26.17 |
| 7/11/2010 | El Pollo Loco-Meal | 10.96 |
| 7/11/2010 | Meal | 4.78 |
| 7/11/2010 | Costco-Groceries | 74.36 |
| 7/11/2010 | Seafood City-Groceries | 80.22 |
| 7/13/2010 | Albertsons-Amenities | 20.39 |
| 7/14/2010 | Jons-Groceries | 2.57 |
| 7/1/2010 | CVS-Medicine | 9.76 |
| 7/15/2010 | Albertsons-Groceries | 1.29 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 7/15/2010 | Jack in the box-Meal | 5.69 |
| 7/15/2010 | Food4Less-Groceries | 24.81 |
| 7/15/2010 | Smart & Final-Groceries | 23.91 |
| 7/10/2010 | Albertsons-Groceries | 4.40 |
| 7/16/2010 | Traders Joe | 17.93 |
| 7/16/2010 | Albertsons-Groceries | 7.48 |
| 7/16/2010 | Vallarta-Groceries | 8.94 |
| 7/17/2010 | Arco-Gas | 40.00 |
| 7/18/2010 | Smart & Final-Groceries | 56.11 |
| 7/20/2010 | Island Pacific-Groceries | 10.99 |
| 7/21/2010 | Jons-Groceries | 5.76 |
| 7/24/2010 | Arco-Gas | 60.00 |
| 7/25/2010 | Albertsons-Groceries | 18.48 |
| 7/25/2010 | Smart & Final-Groceries | 14.68 |
| 7/25/2010 | Island Pacific-Groceries | 38.51 |
| 7/27/2010 | Albertsons-Groceries | 3.98 |
| 7/27/2010 | Island Pacific-Groceries | 18.97 |
| 7/29/2010 | Jons-Groceries | 15.31 |
| 7/30/2010 | Vons | 1.00 |
| 7/30/2010 | Costco-Groceries | 102.07 |
| 7/31/2010 | | 17.99 |
| | | 1034.07 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

VI.  UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ____ |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ____ |

3. State what progress was made during the reporting period toward filing a plan of reorganization

   1-An application for employment of the attorneys had been submitted to the court,
   2-applications for hiring the appraiser has been submitted to the court, A 341 meeting has been schedule on August 18,

4. Describe potential future developments which may have a significant impact on the case:
   Too early.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

   None

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.    X    ____

I,   Irineo T Flores and Angela D Flores
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

8/12/10
Date

Page 8 of 8

Principal for debtor-in-possession