| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John H. Bauer, CSBN 91471<br>Financial Relief Legal Advocates, Inc.<br>1047 N. Antonio Circle<br>Orange, CA 92869<br>Tel.: (714) 319-3446<br>Fax: (714) 202-5862<br><br>Attorney for  Debtors | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re  Irineo T. Flores,<br>         Angela D. Flores | CHAPTER 11 |
|---|---|
| | CASE NUMBER 1:10-bk-17981-MT |
| | DATE: 03/10/11 |
| | TIME: 9:30 a.m. |
| Debtor. | COURTROOM: 303 |

## PLAN BALLOT SUMMARY
*(NOTE: The Plan Proponent must file a Plan Ballot Summary at least one (1) day prior to the Confirmation Hearing.)*

1. Proponent of Plan *(Specify name)*:  Irineo T. Flores and Angela D. Flores
2. Are any competing plans filed with the Court?   ☐ Yes   ☒ No
3. Is a cramdown requested?   ☒ Yes   ☐ No
4. Unimpaired Classes *(Specify Class Numbers)*:  2(a)
5. Impaired Classes *(Specify Class Numbers)*:  3(a), 3(b), 3(c), 4(b)
6. Has any impaired class approved the Plan?   ☒ Yes   ☐ No
   *(If YES, specify which class or classes)*:  3(b), 3(c)
7. The following is the voting summary by creditor class:

| | ACCEPTING | | | | REJECTING | | | |
|---|---|---|---|---|---|---|---|---|
| | Number | % | Amount | % | Number | % | Amount | % |
| 3(a) | | | | | 1 | 100 | $1,339,000.00 | 100 |
| 3(b) | 1 | 100 | $359,000.00 | 100 | | | | |
| 3(c) | 1 | 100 | $15,541.24 | 100 | | | | |
| 4(b) | | | | | 1 | 100 | $57,539.38 | 2 |
| 4(b) | 1 | 100 | $163,625.61 | 7 | | | | |
| | | | | | | | | |

Other Classes: N/A                                       ☐ See attached Continuation Page

Dated: 03/04/11                                          Firm Name: Financial Relief Legal Advocates, Inc.

By: John H. Bauer                                        Name: /s/ John H. Bauer
                                                         *Attorney for Plan Proponent*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                    **F 3018-2**

Form B14 - (Rev. 7/98)                                                                                                  1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John K. Bauer<br>Financial Relief Legal Advocates, Inc.<br>1047 N. Antonio Circle<br>Orange, CA 92869<br>Telephone: (714) 319-3446, FAX: (714) 202-5862<br>SBN 91471<br>☑ Attorney for Plan Proponent: Irineo T Flores and Angela D Flores<br>*[Insert name and capacity (e.g., Debtor in Possession, Creditors' Committee, Debtor XYZ, etc.)]* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11 |
|---|---|
| | CASE NO.:    1:10-bk-17981-MT |
| In re:    Irineo T Flores and Angela D Flores | DATE:    March 10, 2011 |
| | TIME:    9:30 a.m. |
| Debtor. | CTRM:    303 |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan *[specify name]* ____Irineo T Flores and Angela D Flores____ has filed a Plan of Reorganization ("Plan") on *[date]* ____12/7/10____ for the Debtor in this case. By this ballot you will vote to accept or reject this Plan.

2. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent or proponent's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

    Your *[check one box only]* ☑ claim ☐ equity interest has been placed in Class *[insert Class]* 3(b) under the Plan. If you hold claim(s) or equity interest(s) in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

4. If your ballot is not received by the proponent's attorney or other party *[insert other party's name and address]* _____ on or before ____2/18/11____, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that describes your claim or equity interest *[select only one]*:

    ☑ 6.1  The undersigned is the holder of a Class *[insert Class]* 3(b) *[check one]* ☑ secured ☐ priority ☐ unsecured nonpriority claim against the Debtor in the unpaid amount of $ ____359,000.00____.

    ☐ 6.2  The undersigned is the holder of a Class *[insert Class]* ____ *[check one]* ☐ bond ☐ debenture ☐ debt security claim against the Debtor, consisting of $_____, principal amount of *[describe bond, debenture, or other debt security]* _____ of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

    ☐ 6.3  The undersigned is the holder of a Class *[insert Class]* ____ equity interest in the Debtor, consisting of *[number of shares]* ____ or other interests *[describe equity interest]* _____ in the Debtor.

Other Classes:            ☐ See Attached Continuation Page

Rev. 7/98                                                                                                                                                **FORM B14**

Form B14 (Continued) – (Rev. 7/98)                           Ballot for Accepting or Rejecting Plan – Page Two of Three                           1998 USBC, Central District of California

| In re: (SHORT TITLE) | CHAPTER 11 |
|---|---|
| Irineo T Flores and Angela D Flores | |
| Debtor. | CASE NO.: 1:10-bk-17981-MT |

7. The undersigned (check one box only):

[✓] **ACCEPTS THE PLAN**          [ ] **REJECTS THE PLAN**

Dated: 2/9/2011

Name (Print or type): Stefanie A. Schiff

Signature: [signature]

Title (if corporation or partnership): Attorney for GMAC Mortgage, LLC

Address: Pite Duncan, LLP

4375 Jutland Drive, Suite 200

San Diego, CA 92117

Telephone No.: 858-750-7600

Fax No.: 619-590-1385

**RETURN THIS BALLOT TO:**

(Type in name and address of proponent's attorney or other appropriate party)

John H. Bauer
Financial Relief Legal Advocates, Inc.
1047 N. Antonio Circle
Orange, CA 92869
johnthor@aol.com

Rev. 7/98                                                                                                                                     **FORM B14**

Form B14 - (Rev. 7/98)    1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John H. Bauer<br>Financial Relief Legal Advocates, Inc.<br>1047 N. Antonio Circle<br>Orange, CA 92869<br>Telephone: (714) 319-3446, FAX: (714) 202-5862<br>SBN 91471<br>☑ Attorney for Plan Proponent Irineo T Flores and Angela D Flores<br>*[insert name and capacity (e.g., Debtor in Possession, Creditors' Committee, Debtor XYZ, etc.)]* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11 |
|---|---|
| | CASE NO.:  1:10-bk-17981-MT |
| In re:   Irineo T Flores and Angela D Flores | DATE:  March 10, 2011 |
| | TIME:  9:30 a.m. |
| Debtor. | CTRM:  303 |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan *[specify name]* _____Irineo T Flores and Angela D Flores_____ has filed a Plan of Reorganization ("Plan") on *[date]* ____12/7/10____ for the Debtor in this case. By this ballot you will vote to accept or reject this Plan.

2. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent or proponent's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

   Your *[check one box only]* ☑ claim  ☐ equity interest  has been placed in Class *[insert Class]* 4(b) under the Plan. If you hold claim(s) or equity interest(s) in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

4. If your ballot is not received by the proponent's attorney or other party *[insert other party's name and address]* _____ on or before ____2/18/11____ , and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that describes your claim or equity interest *[select only one]*:

   ☑ 6.1   The undersigned is the holder of a Class *[insert Class]* 4(b) *[check one]* ☐ secured  ☐ priority  ☑ unsecured nonpriority claim against the Debtor in the unpaid amount of $ __163,625.61__ .

   ☐ 6.2   The undersigned is the holder of a Class *[insert Class]* ____ *[check one]* ☐ bond  ☐ debenture  ☐ debt security claim against the Debtor, consisting of $_____ , principal amount of *[describe bond, debenture, or other debt security]* _____ of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

   ☐ 6.3   The undersigned is the holder of a Class *[insert Class]* ____ equity interest in the Debtor, consisting of *[number of shares]* ____ or other interests *[describe equity interest]* _____ in the Debtor.

   Other Classes:    ☐ See Attached Continuation Page

FORM B14

Rev. 7/98

Form B14 (Continued) – (Rev. 7/98)                Ballot for Accepting or Rejecting Plan – Page Two of Three                1998 USBC, Central District of California

| In re: | (SHORT TITLE) | CHAPTER 11 |
|---|---|---|
| Irineo T Flores and Angela D Flores | | |
| | Debtor. | CASE NO.: 1:10-bk-17981-MT |

7. The undersigned [check one box only]:

☑ ACCEPTS THE PLAN        ☐ REJECTS THE PLAN

Dated: 2/10/2011

Name [Print or type]: Stefanie Schiff

Signature: [signature]

Title [if corporation or partnership]: Attorney for GMAC Mortgage, LLC

Address: Pite Duncan, LLP

4375 Jutland Drive, Suite 200

San Diego, CA 92101

Telephone No.: 858-750-7600

Fax No.: 619-590-1385

**RETURN THIS BALLOT TO:**

[Type in name and address of proponent's attorney or other appropriate party]

John H. Bauer
Financial Relief Legal Advocates, Inc.
1047 N. Antonio Circle
Orange, CA 92869
johnbauer@aol.com

Rev. 7/98                                                                                                                    **FORM B14**

Form B14

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>John H. Bauer<br>Financial Relief Legal Inc<br>1047 N. Antonio Circle<br>Orange, CA 92869<br>Tel: (823) 919-0201<br>SBN: 91471<br>☒ Attorney for Plan Proponent Nineo & Angela Flores<br>[insert name and capacity (e.g., Debtor in Possession, Creditors' Committee, Debtor XYZ, etc.)] | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11<br>CASE NO.: 1:10-bk-17981-MT |
| In re: RINEO T FLORES AND ANGELA D FLORES<br><br>Debtor | DATE: 3/10/2011<br>TIME: 9:30:00 AM<br>CTRM: 303 |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan [specify name] Nineo & Angela Flores _____ has filed a Plan of Reorganization ("Plan") on [date] 12/02/11 _____ for the Debtor in this case. By this ballot you will vote to accept or reject this Plan.

2. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent or proponent's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

   Your [check one box only] ☒ claim  ☐ equity interest  has been placed in Class [insert Class] 3c under the Plan. If you hold claim(s) or equity interest(s) in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

4. If your ballot is not received by the proponent's attorney or other party [insert other party's name and address] _____ on or before 2/18/11 _____, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that describes your claim or equity interest [select only one]:

☒ 6.1  The undersigned is the holder of a Class [insert Class] 3c [check one] ☒ secured  ☐ priority  ☐ unsecured nonpriority claim against the Debtor in the unpaid amount of $ 15,541.24 _____.

☐ 6.2  The undersigned is the holder of a Claim [insert Class] ____ [check one] ☐ bond  ☐ debenture  ☐ debt security claim against the Debtor, consisting of $_____, principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3  The undersigned is the holder of a Claim [insert Class] ____ equity interest in the Debtor, consisting of [number of shares] ____ or other interests [describe equity interest] _____ in the Debtor.

Other Claims  ☐ See Attached Continuation Page

Rev. 7/98

**FORM B14**

Case 1:10-bk-17981-MT    Doc 87    Filed 12/07/10    Entered 12/07/10 ...
Main Document    Page ... of ...

| In re: | (SHORT TITLE) | CHAPTER 11 |
|---|---|---|
| IRINEO T FLORES AND ANGELA D FLORES | | |
| | Debtor. | CASE NO.: 1:10-bk-17981-MT |

7. The undersigned [check one box only]:

☒ **ACCEPTS THE PLAN**  ☐ **REJECTS THE PLAN**

Dated: 2/8/11

| | |
|---|---|
| Name (Print or type): | MICHAEL W. BURNETT, ESQ. |
| Signature: | [signature] |
| Title (if corporation or partnership): | ATTORNEYS FOR SECURED CREDITOR - BANK OF THE WEST |
| Address: | BURNETT & MATTHEWS, LLP |
| | 3 SAN JOAQUIN PLAZA, SUITE 215 |
| | NEWPORT BEACH, CA 92660 |
| Telephone No.: | 949-729-0919 |
| Fax No.: | 949-729-0191 |

**RETURN THIS BALLOT TO:**

[Type in name and address of proponent's attorney or other appropriate party]

John H. Bauer
1047 N. Antonio Circle
Orange, CA 92869

Rev. 7/08                                                                 **FORM B14**

Plan Ballot Summary- *Page 2*                                                                                                    **F 3018-2**

| In re Irineo T. Flores and Angela D. Flores | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 1:10-bk-17981-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1047 N. Antonio Circle
Orange, CA 92869

A true and correct copy of the foregoing document described as  PLAN BALLOT SUMMARY
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 3/4/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Katherine Bunker, kate.bunker@usdoj.gov

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/4/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Judge Maureen A. Tighe
21041 Burbank Blvd, Suite 325
Woodland Hills, CA 91367

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/4/11 | Dianne D. Bauer | /s/ Dianne D. Bauer |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                            **F 3018-2**

| In re **Irineo T Flores and Angela D Flores,** Debtor(s). | CHAPTER: **11** CASE NO.: **1:10-bk-17981-MT** |
|---|---|

## CONTINUED SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Marc Andrews; sandra.g.mcmasters@wellsfargo.com
J Sheldon Capeloto; jcapeloto@capelotolaw.com
Gabriel A Espinosa; gaespinosa@aol.com
Christopher M McDermott; ecfcacb@piteduncan.com
Stefanie A Schiff; ecfcacb@piteduncan.com
Ramesh Singh; claims@recoverycorp.com

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:

Debtors
Irineo T Flores
Angela D Flores
19013 Keswick Street
Reseda, CA 91335

| | | |
|---|---|---|
| **Bank of America** PO Box 301200 Los Angeles, CA 90001 | **Bank of America** PO Box 15710 Wilmington, DE 19886 | **BANK OF THE WEST** C O JONATHAN NEIL ASSOCIATES INC POB 7000 TARZANA CA 91357 |
| **Bank of the West** Los Angeles Main 636 915 Wilshire Blvd, Ste 100 Los Angeles, CA 90017 | **Bruce A Hatkoff** 16633 Ventura Blvd, Ste 940 Encina, CA 91436 | **Capital One Bank** PO Box 105474 Atlanta, GA 30348 |
| **Citibank** PO Box 140177 Irving, TX 75014 | **Citibank** 100 Citibank Drive Bldg 1 Fl 1 Dallas, TX 75245 | **Citibank South Dakota NA** Payment Center 4740 121st St Urbandale, IA 50323 |
| **Citibusiness Platinum Select** c/o LTD Financial Services 7322 Southwest Freewat, Ste 1600 Houston, TX 77074 | **Coface Collections North America** PO Box 8510 Metairie, LA 70011 | **Debra C Young Esq** 610 Anacapa Street Santa Barbara, CA 93101 |
| **Fia Card Services, NA As Successor In Interest to** Bank of America NA and Mbna America Bank 1000 Samoset Drive DE5-023-03-03 Newark, DE 19713 | **FIA CSNA Credit Card** PO Box 301200 Los Angeles, CA 90030 | **Gloria Antonio** 19013 Keswick Street Reseda, CA 91335 |
| **GMAC Mortgage** PO Box 4622 Waterloo, IA 50704 | **GMAC Mortgage, LLC** ATTN: Bankruptcy Department 1100 Virginia Drive Ft. Washington, PA 19034 | **HPLAC** HSBC BANK USA NA POB 5213 CAROL STREAM IL 60197 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                   F 9013-3.1.PROOF.SERVICE

| In re **Irineo T Flores and Angela D Flores,** Debtor(s). | CHAPTER: **11** CASE NO.: **1:10-bk-17981-MT** |
|---|---|

**Jonathan Neil & Assoc**
18321 Ventura Blvd
Ste 1000
Tarzana, CA 91356

**Joseph Idang Bautista**
19013 Keswick Street
Reseda, CA 91335

**Mortgage Service Center**
PO Box 1559
Honolulu, HI 96805

**Nexus Home Solutions**
Remie Belmonte
34457 N Vidlak Drive
Queen Creek, AZ 85243

**Raul Baldemero**
19013 Keswick Street
Reseda, CA 91335

**Richard D Flores**
14243 Haynes Street
Van Nuys, CA 91401

**Richelle Flores**
19013 Keswick Street
Reseda, CA 91335

**Sallie Mae**
PO Box 9500
Wilkes Barre, PA 18773

**Steven A Jasinski**
Wells Fargo Credit Management
Group
MAC N9314-050
730 Second Avenue South Ste 500
Minneapolis, MN 55479

**Union Plus Credit**
PO Box 60102
City of Industry, CA 91716

**USA Paper Packaging Corp**
14747-14751 Keswick Street
Van Nuys, CA 91405

**Wells Fargo Bank**
SBA Lenders
121 Park Center Plaza, 6th Floor
San Jose, CA 95113

**Wells Fargo Bank**
PO Box 5189
Sioux Falls, SD 57117

**Wells Fargo Bank**
PO Box 659700
San Antonio, TX 78226

**Wells Fargo Bank, N.A.**
Home Equity Group
X2303-01A - 1 Home Campus
Des Moines, IA 50328-0001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9013-3.1.PROOF.SERVICE**